No. 1529. BROTHERHOOD OF LOCOMOTIVE FIREMEN & ENGINEMEN ET AL. *v.* HANSEN ET AL. Sup. Ct. Utah. Certiorari denied.

No. 1535. ERICKSON ET AL., DBA "PHOENIX TAPES" *v.* CAPITOL RECORDS, INC. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1539. ZMUDA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 1576. UNITED MINE WORKERS OF AMERICA *v.* DEAN COAL CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 173. AMERICAN BOILER MANUFACTURERS ASSN. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 8th Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 621. WISEMAN ET AL. *v.* MASSACHUSETTS ET AL. Sup. Jud. Ct. Mass. Certiorari denied.

MR. JUSTICE HARLAN, with whom MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN join, dissenting.

Petitioners seek review in this Court of a decision of the Massachusetts Supreme Judicial Court enjoining the commercial distribution to general audiences of the film "Titticut Follies." Petitioners' film is a "documentary" of life in Bridgewater State Hospital for the criminally insane. Its stark portrayal of patient-routine and treatment of the inmates is at once a scathing indictment of the inhumane conditions that prevailed at the time of the film and an undeniable infringement of the